FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>Mendez, James Michael<br><br>                Defendant. | Case No.: SACR06-146<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___def's conduct in absconding from supervision; bail resources unknown; parole/probation viol history; assoc w/multiple___

1  _personal identifiers_

2

3  and/or

4  B.  (X) The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7  finding is based on _criminal history record; apparent_
8  _drug use_

13     IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

16  DATED:  _9/3/09_

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE